1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 12-CV-02246 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REGARDING FILING OF |
| v. | ) | CASE MANAGEMENT STATEMENT |
| | ) | |
| IRMA MONTES and TEODORO MONTES, | ) | |
| individually and d/b/a EL GRULLO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

17      As set forth in the Clerk's Notice Continuing Case Management Conference (ECF No. 9),

18  the parties were required to file a case management conference statement by September 19, 2012,

19  seven days in advance of the parties' September 26, 2012 case management conference.  The

20  parties have not yet filed a case management conference statement.  The parties are hereby

21  ORDERED to file a case management conference statement immediately.

22

23  **IT IS SO ORDERED.**

24  Dated: September 20, 2012                     *Lucy H. Koh*

25                                                                LUCY H. KOH
                                                                   United States District Judge
26

27

28

1

Case No.: 12-CV-02246
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT