UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No.: 12-CV-02246 |
| Plaintiff, | ) ) ) | ORDER REGARDING FILING OF |
| v. | ) ) | CASE MANAGEMENT STATEMENT |
| IRMA MONTES and TEODORO MONTES, individually and d/b/a EL GRULLO, | ) ) ) | |
| Defendants. | ) ) | |

As set forth in the Clerk's Notice Continuing Case Management Conference (ECF No. 9), the parties were required to file a case management conference statement by September 19, 2012, seven days in advance of the parties' September 26, 2012 case management conference. The parties have not yet filed a case management conference statement. The parties are hereby ORDERED to file a case management conference statement immediately.

**IT IS SO ORDERED.**

Dated: September 20, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1